IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE A. BRADY, | CIVIL ACTION |
| | No. 13-6008 |
| Plaintiff, | |
| v. | |
| UNITED REFRIGERATION, INC., et al., | |
| Defendants. | |

# **O R D E R**

**AND NOW**, this **4th** day of **June, 2015,** it is hereby **ORDERED** that Defendants' motion for summary judgment (ECF No. 11) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**